TORRINGTON CO., PLAINTIFF AND DEFENDANT-INTERVENOR *v.* UNITED STATES, DEFENDANT, AND NMB THAI LTD., PELMEC THAI LTD., NMB HI-TECH BEARINGS LTD., AND NMB CORP., DEFENDANT-INTERVENORS AND PLAINTIFFS

Consolidated Court No. 95–03–00353

(Dated September 26, 1997)

## JUDGMENT

TSOUCALAS, *Senior Judge:* On June 23, 1997, this Court remanded to the Department of Commerce, International Trade Administration ("Commerce"), several issues arising from the administrative review, entitled *Antifriction Bearings (Other Than Tapered Roller Bearings) and Parts Thereof From France, et al.; Final Results of Antidumping Duty Administrative Reviews, Partial Termination of Administrative Reviews, and Revocation in Part of Antidumping Duty Orders*, 60 Fed. Reg. 10,900 (Feb. 28, 1995). *See Torrington Co. v. United States*, 21 CIT 686, 969 F. Supp. 1332 (1997).

In particular, the Court ordered Commerce to: (1) recompute NMB Thai Ltd., Pelmec Thai Ltd., NMB Hi-Tech Bearings Ltd. and NMB Corporation's (collectively "NMB") cost of production and constructed value after allocating Minebea Japan's research and development expenses over its total consolidated cost of sales; and (2) correct the clerical error resulting in the double-counting of NMB's packing expenses.

On September 11, 1997, Commerce, in compliance with this Court's remand order, filed its *Final Results of Redetermination Pursuant to Court Remand, The Torrington Co. v. United States, Consol. Court No. 95–03–00353, Slip Op. 97–81 (June 23, 1997)* ("Remand Results"), with this Court. Commerce having complied with this Court's remand order, it is hereby

ORDERED that the Remand Results are affirmed in their entirety; and, all other issues having been previously decided, it is further

ORDERED that this case is dismissed.